667 A.2d 669

IN THE MATTER OF JOHN A. HARTMANN, III, AN ATTORNEY AT LAW.

November 16, 1995.

### ORDER

The Disciplinary Review Board having on September 19, 1995, filed with the Court its decision concluding that **JOHN A. HART-MANN, III,** of **PRINCETON,** who was admitted to the bar of this State in 1969, should be reprimanded for violating *RPC* 3.4(c) (knowingly disobeying an obligation under the rules of a tribunal), *RPC* 3.5(c) (engaging in conduct intended to disrupt a tribunal) and *RPC* 8.4(d) (engaging in conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **JOHN A. HARTMANN, III,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.